UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

Newark                                          Date:8/23/06

**JUDGE WILLIAM J. MARTINI**

Deputy Clerk: Gail Hansen

Court Reporter: Walter Perelli

Other:                                  Docket #: Cr. 04-786-06

TITLE OF CASE:

United States
v.
Omar Dhanani

APPEARANCES:

AUSA Kevin O'Dowd for the govt
Kevin P. McManimon, Esq., for the deft


NATURE OF PROCEEDINGS:     SENTENCING

Imprisonment: 18 months
Supervised Release: 3 years
Special Conditions:
1. Provide full financial disclosure
2. Prohibited from incurring any new debts
3. Provide DNA
4. Shall submit to inspection of computer equipment
Fine: $1,000 due immediately
Special Assessment: $100 due immediately
Ordered deft remanded


Time Commenced: 12:50 p.m.
Time Concluded: 1:15 p.m.

Gail A. Hansen, Deputy