JEREMY ZIELINSKI
DIN: 06-A-4883
Gowanda Corr. Fac.
P.O. Box 311
Gowanda, NY 14070-0311

RECEIVED

SEP - 9 2010

AT 8:30 _____M
WILLIAM T. WALSH, CLERK

Clerk of the Court
U.S. District Court
District of New Jersey
Martin Luther King Building
50 Walnut Street
Newark, NJ 07101

Re: U.S. v. Zielinski, et al.
    Ind. No. 04-786 (WJM)

September 3, 2010

Dear Clerk:

I need to obtain transcripts of my plea and sentencing hearings in the above-entitled criminal case. I entered a guilty plea on or about November 5, 2005 and was sentenced on June 28, 2006. Can you please tell me how to go about doing this; i.e. who I need to contact, costs, etc.? Also, I need to obtain copies of any plea bargaining documents and pre-sentence report documents filed with the Court. Can you please provide me those and a list or inventory of other documents filed with the Court in connection with my case?

If you have any questions or need more information, please feel free to write to me. I thank you very much in advance for your assistance in this matter.

Sincerely,

JEREMY ZIELINSKI

cc: personal files