PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jeremy Zielinski   Cr.: 04-00786-10
                                      PACTS Number: 41139

Name of Sentencing Judicial Officer: Honorable William J. Martini

Date of Original Sentence: 06/29/06

Original Offense: Conspiracy to Commit Access Device Fraud

Original Sentence: 21 months imprisonment, followed by two years supervised release. Special conditions: financial disclosure; no new debt; DNA collection; and computer monitoring.

Type of Supervision: supervised release          Date Supervision Commenced: 01/28/11

## PETITIONING THE COURT

[ ]   To extend the term of supervision for         Years, for a total term of         Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

COMPUTER MONITORING

You shall submit to an initial inspection by the U.S. Probation Office, and to any unannounced examinations during supervision, of your computer equipment. This includes, but is not limited to, personal computer, personal digital assistants, entertainment consoles, cellular telephones, and/or any electronic media device which is owned or accessed by you. You shall allow the installation on your computer of any hardware or software systems which monitor computer use. You shall pay the costs of the computer monitoring program. You shall abide by the standard conditions of computer monitoring. Any dispute as to the applicability of this condition shall be decided by the Court.

MENTAL HEALTH TREATMENT

You shall undergo treatment in a mental health program for sexual disorders approved by the United States Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, as approved by the United States Probation Office, until discharged by the Court. The Probation Officer shall supervise your compliance with this condition.

RESTRICTED CONTACT WITH MINORS

With the exception of brief, unanticipated and incidental contacts, you shall not associate with children under the age of 18, except for family members or children in the presence of an adult who has been approved by the probation officer. You shall not obtain employment or perform volunteer work which includes, as part of its job/work description, contact with minor children, without the expressed approval

of the U.S. Probation Office. You shall not maintain, within your residence or within any outside establishment within your control or custody, a collection of films, slides, pictures, tapes, videotapes or other form of pictorial representation whose subject matter involves minor children of either sex and can be deemed to be pornographic. The probation office shall have the right of reasonable search of your person and residence, or any other establishment within your custody or control, and shall, if necessary, request the assistance of other law enforcement personnel to enforce the provisions of this special condition.

POLYGRAPH EXAMINATION

You shall submit to an initial polygraph examination and subsequent maintenance testing, at intervals to be determined by the Probation Officer, to assist in treatment, planning, and case monitoring. You will be required to contribute to the costs of services rendered in an amount to be determined by the Probation Officer, based on ability to pay or availability of third-party payment.

SEX OFFENDER REGISTRATION

At the commencement of supervision, you shall register with the state sex offender registration agency in the State of New Jersey and any state where you reside or are employed, carry on a vocation, or are a student, as directed by the U.S. Probation Office.

OTHER CONDITION

While in treatment and for the remainder of the term of supervision following completion of treatment, you shall not view, possess, own, subscribe to or purchase any material, including pictures, videotapes, films, magazines, books, telephone services, electronic media, computer programs, or computer services that depict sexually explicit conduct, as defined in 18 U.S.C. § 2256(2).

## CAUSE

Subsequent to the offender's conviction and sentence by Your Honor for the instant offense, and following his release from custody from the Bureau of Prisons, he was extradited to New York to face charges of Promoting a Sexual Performance by a Child Less than 17 Years Old, Attempted Dissemination of Indecent Material to a Minor, and Bail Jumping. He was subsequently convicted of such charges. Therefore, the probation office believes that such noted sex offender-specific special conditions are necessary to effectively supervise the offender, as well as to protect the community.

Respectfully submitted,

*Susan Karlak*
By: Susan Karlak
Senior U.S. Probation Officer
Date: 08/31/11

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

9/6/11
_____
Date