*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEW JERSEY*

| |
|---|
| **UNITED STATES OF AMERICA** |
| v. |
| **JEREMY ZIELINSKY,** |
| *Defendant.* |

*Criminal No.* **04-786** (WJM)

**ORDER**

Upon consideration of the application of the United States of America for an Order reinstating the fine of $1000 in the above referenced matter; and

Whereas the Court has considered the following facts, including the following:

1. On June 29, 2006, defendant Jeremy Zielinski was sentenced in the above-referenced criminal case and Ordered to pay a fine of $1000;

2. On or about April 22, 2010, the United States submitted a petition for remission of the fine, pursuant to 18 U.S.C. §3573, based solely on the mistaken belief that defendant had been deported from the United States on July 18, 2006;

3. Whereas defendant Jeremy Zielinsky was, in fact, never deported from the United States and remains a United States citizen;

4. Whereas the United States submitted a filing setting forth such facts, stating that the petition for remission was based on erroneous information as to defendant's citizenship status, is therefore without a basis in fact to support the remission pursuant to 18 U.S.C. §3573, and seeking the reinstatement of the fine of $1000;

5. Whereas the Court finds that the Order for remission of the fine was based upon the

mistaken information that defendant Jeremy Zielinsky was deported when if fact he remains a

United States citizen;

    6. Whereas the Court finds that the Order for remission of the fine is therefore invalid, as

the basis for the remission never existed;

    For good cause shown, it is on this 4 th day of Jan. , 2012

Ordered that the Order for remission of the fine in the above referenced matter is hereby

RESCINDED; and that the fine of $1000 is REINSTATED. Defendant shall be credited with any

payments made to date.


WILLIAM J. MARTINI
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT